Attorneys for Plaintiff, Elton Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Elton Johnson,<br>　　　　　　　　　　　Plaintiff,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　　　Defendants. | * * * * * * * * * * | CASE NO. 06-2872 CRB<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer<br><br>STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE |

*********************************

Come now the Plaintiff, ELTON JOHNSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 19, 2009　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　David L. Colvin
　　　　　　　　　　　　　　　　　　The Colvin Law Firm
　　　　　　　　　　　　　　　　　　230 Huey P. Long Ave.
　　　　　　　　　　　　　　　　　　Gretna, LA 70053
　　　　　　　　　　　　　　　　　　Telephone: (504)367-9001
　　　　　　　　　　　　　　　　　　Telephone: (504) 367-0650
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Elton Johnson

DATED: July 8, 2009         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: July 10, 2009         _____

Hon. Charles R. Breyer
United States

H:\CLIENTS\J\Johnson, Elton\Bextra Celebrex claims\Stipulation and Order of Dismissal with Prejudice.doc